UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

    v.        Civil No. 06-cv-251-JD

<u>Laurie S. Chown</u>

<u>O R D E R</u>

On October 6, 2006, an Order was issued in this case stating that a return of service or a motion to extend time to effect service be filed by November 6, 2006, or the case would be dismissed without prejudice.

In that no filing to this effect has been made, the case against Laurie S. Chown is herewith ordered dismissed without prejudice.

SO ORDERED.

November 16, 2006       /s/ Joseph A. DiClerico, Jr.
               Joseph A. DiClerico, Jr.
               United States District Judge

cc: Thomas P. Cole, Esq.